UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gary Dean Eggers,

Plaintiff,

vs.

Frank Cole, Patrick Dahl, Timothy Matson, and the City of Albert Lea,

Defendants.

Civil No: 01-2032 DSD/JMM

**STIPULATION AND ORDER FOR EXTENSION OF PRETRIAL SCHEDULE**

---

The parties stipulate to the following modification/extension of the pretrial scheduling order:

Disclosure of the identify of defendants' expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made on or before November 1, 2002.

November 1, 2002 — All discovery of any kind shall be commenced in time to be completed by this date.

November 5, 2002 — All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Non-dispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions/Trial

December 1, 2002 — All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required

SEP 2 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

for scheduling this hearing by calling Calendar Clerk Connie Baker, (612) 664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for jury trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than March 1, 2003.

Dated: 9/20/02

MESHBESHER & SPENCE

By ______________________

Daniel C. Guerrero, I.D. # 206040
Attorneys for Plaintiff
1616 Park Avenue
Minneapolis, Minnesota 55404
Telephone: (612) 339-9121

Dated: 9/20/02

IVERSON REUVERS, LLC

By ______________________

Paul D. Reuvers, I.D. #217700
Jason J. Kuboushek, I.D. #0304037
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, Minnesota 55438
Telephone: (952) 548-7200



SEP.20.2002 10:57 952 946 1501 IVERSON REUVERS #3817 P.004/005

**ORDER**

The pretrial scheduling order is hereby modified to reflect the above-stipulated dates.

BY THE COURT:

Dated: September 20, 2002

Susan Richard Nelson
United States Magistrate Judge



SEP.20.2002 10:57 952 946 1501 IVERSON REUVERS #3817 P.005/005