UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary Dean Eggers,

Plaintiff,

vs.

Frank Cole, Patrick Dahl,
Timothy Matson, and the
City of Albert Lea,

Defendants.

Civil No: 01-2032 DSD/JMM

**STIPULATION AND ORDER FOR DEPOSITION OF PLAINTIFFF**

Defendants have filed a motion to compel the deposition of the Plaintiff. In lieu of the hearing scheduled for November 26, 2002, the parties stipulate to the terms in the attached Order and request the Court sign the attached Order, which grants the relief requested by Defendants, without the imposition of an award of attorney's fees or costs.

Dated: 11/25/02

MESHBESHER & SPENCE

By [signature]
Daniel C. Guerrero, I.D. # 206040
Attorneys for Plaintiff
1616 Park Avenue
Minneapolis, Minnesota 55404
Telephone: (612) 339-9121

Dated: 11/16/02

IVERSON REUVERS, LLC

By [signature]
Paul D. Reuvers, I.D. #217700
Jason J. Kuboushek, I.D. #0304037
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, Minnesota 55438
Telephone: (952) 548-7200

NOV 2 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing stipulation of the parties, the Court hereby orders:

1. Plaintiff shall appear for a deposition on December 5, 2002, at 9:30 a.m. at the conference room of the law enforcement center located in the City of Albert Lea, State of Minnesota.

2. That should Plaintiff fail to appear at the deposition, without just cause, Defendants are entitled to a dismissal of Plaintiff's claims with prejudice.

November 25, 2002

BY THE COURT:

Susan Richard Nelson
United States Magistrate Judge



NOV.25.2002 14:49 952 946 1501 IVERSON REUVERS #4323 P.003/003