UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2032(DSD/SRN)

Gary Dean Eggers,

Plaintiff,

v. **ORDER**

Frank Cole, et al.,

Defendants.

Based upon plaintiff's request for a continuance of the trial in the above-captioned case, **IT IS HEREBY ORDERED** that plaintiff's request is granted and the trial is set for May 5, 2003 at 9:00 a.m., in Courtroom 14 West, 300 South Fourth Street, Minneapolis, Minnesota.

Dated: February 20, 2003

David S. Doty, Judge
United States District Court

FILED 2-21-03
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______