UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2032(DSD/SRN)

Gary Dean Eggers,

Plaintiff,

v.

**ORDER OF JUDGMENT**

Frank Cole, Patrick Dahl
and Timothy Matson and
the City of Albert Lea,

Defendants.

This matter came on for trial before a jury on May 7, 2003, and was tried through May 13, 2003. At the close of plaintiff's case-in-chief, all defendants moved orally for judgment as a matter of law. The motion was taken under advisement as to defendants Frank Cole, Patrick Dahl and Timothy Matson. Without objection of plaintiff, the motion was granted as to defendant City of Albert Lea. On May 13, 2003, the jury returned a special verdict finding in favor of the remaining defendants and against plaintiff on all claims.

Therefore, **IT IS HEREBY ORDERED** that:

1. The oral motion of defendant City of Albert Lea for judgment as matter of law is granted.

2. The oral motions of defendants Frank Cole, Patrick Dahl and Timothy Matson for judgment as a matter of law are denied as moot.

MAY 1
FILED
Richard D. Sletten, CLERK
Judgment Ent d.
Deputy Clerk s Initials

3. Judgment is entered in favor of defendants Frank Cole, Patrick Dahl and Timothy Matson and against plaintiff Gary Eggers on all claims and the action is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 13, 2003

David S. Doty, Judge
United States District Court