AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Gary Dean Eggers

V.

Frank Cole, Patrick Dahl and Timothy Matson
and The City of Albert Lea

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2032 (DSD/SRN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment is entered in favor of defts Frank Cole, Patrick Dahl and Timothy Matson and against plaintiff Gary Eggers on all claims and the action is dismissed.

May 13, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Marcy Bruckelmyer, Deputy Clerk

48