UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gary Dean Eggers,

Plaintiff, Civil 01-2032 DSD/SRN

v.

Frank Cole, Patrick Dahl, Timothy Matson, and the City of Albert Lea,

Defendants.

COST JUDGMENT

The costs of Defendants Frank Cole, Patrick Dahl, Timothy Matson and the City of Albert Lea have been taxed and allowed by the Clerk of this Court against Plaintiff Gary Dean Eggers as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees for service of summons and subpoena | $ 75.00 | $ 0.00 |
| Court reporter fees for transcripts necessarily obtained for use in the case | $ 638.15 | $ 638.15 |
| Fees for witnesses | $ 224.12 | $ 224.12 |
| Docket fees under 28 U.S.C. 1923 | $ 20.00 | $ 20.00 |
| Fees for exemplification and copies | $ 1,718.75 | $ 1,356.70 |
| TOTAL: | $ 2,676.02 | $ 2,238.97 |

Costs, therefore, are taxed in the sum of Two Thousand Two Hundred and Thirty Eight Dollars and 97/100 ($2,238.97) in favor of Defendants Frank Cole, Patrick Dahl, Timothy Matson and the City of Albert Lea and against the Plaintiff and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 16, 2003.

RICHARD D. SLETTEN, CLERK

By [signature]
Amy M. Leonetti, Law Clerk

FILED JUL 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS